### MARY LOU LEE ET AL. v. J. L. WALKER.

(Filed 12 January, 1916.)

HOKE, J. In this cause, upon a similar state of facts, there was judgment at same term setting aside a judgment by default final in favor of plaintiffs against defendant J. L. Walker.

For the reasons given in the foregoing opinion in *Lee v. McCracken,* there was error in the judgment rendered setting aside the former judgment, and the same is

Reversed.